# Exhibit B

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

HB 817                                                                                    2015

```
 1                         A bill to be entitled
 2          An act relating to transportation network companies;
 3          creating s. 316.680, F.S.; providing definitions;
 4          providing requirements for a person to obtain a permit
 5          as a transportation network company; providing a
 6          permit fee; requiring an agent for service of process;
 7          requiring disclosure of a company's fares; requiring
 8          display of certain information related to a
 9          transportation network company driver; requiring that
10          a company provide an electronic receipt to a
11          passenger; providing requirements for automobile
12          liability insurance and insurance disclosure;
13          requiring that a company implement a zero tolerance
14          policy for drug and alcohol use; providing
15          requirements for employment as a transportation
16          network company driver; requiring that motor vehicles
17          used by a transportation network company meet certain
18          safety and emissions requirements; prohibiting
19          specified conduct; requiring a company to adopt a
20          nondiscrimination policy and meet certain requirements
21          for accessibility; requiring a company to maintain
22          specified records; prohibiting a company from
23          disclosing specified information; providing for
24          preemption; authorizing rulemaking; providing an
25          effective date.
26
```

CODING: Words stricken are deletions; words underlined are additions.

hb0817-00

27 Be It Enacted by the Legislature of the State of Florida:
28
29     Section 1.  Section 316.680, Florida Statutes, is created
30 to read:
31     316.680  Transportation network companies.—
32     (1)  DEFINITIONS.—As used in this section, the term:
33     (a)  "Transportation network company" or "company" means an
34 entity granted a permit under this section to operate in this
35 state using a digital network or software application service to
36 connect passengers to transportation network company service
37 provided by drivers. A company is not deemed to own, control,
38 operate, or manage the vehicles used by drivers and is not a
39 taxicab association or for-hire vehicle owner.
40     (b)  "Transportation network company driver" or "driver"
41 means an individual who operates a motor vehicle that is:
42     1.  Owned, leased, or otherwise authorized for use by the
43 individual.
44     2.  Not a taxi, jitney, limousine, or for-hire vehicle as
45 defined in s. 320.01(15).
46     3.  Used to provide transportation network company service.
47     (c)  "Transportation network company service" means the
48 transportation of a passenger between points chosen by the
49 passenger and prearranged with a driver through the use of a
50 company digital network or software application service. Service
51 begins when a driver accepts a request for transportation
52 received through the company's digital network or software

CODING: Words stricken are deletions; words underlined are additions.

hb0817-00

```
53  application service, continues while the driver transports the
54  passenger in the driver's vehicle, and ends when the passenger
55  exits the driver's vehicle. The term does not include a taxi,
56  for-hire vehicle, or street hail service.
57      (d)  "Trip" means the duration of transportation network
58  company service beginning at a point of origin where the
59  passenger enters the driver's vehicle and ending at a point of
60  destination where the passenger exits the vehicle.
61      (2)  NOT COMMON CARRIERS.—A transportation network company
62  or transportation network company driver is not a common carrier
63  and does not provide taxi or for-hire vehicle service.
64      (3)  PERMIT REQUIRED.—
65      (a)  A person must obtain a permit from the department to
66  operate a transportation network company in this state.
67      (b)  The department shall issue a permit to each applicant
68  that meets the requirements for a transportation network company
69  pursuant to this section and pays an annual permit fee of $5,000
70  to the department.
71      (4)  AGENT FOR SERVICE OF PROCESS REQUIRED.—A
72  transportation network company must designate and maintain an
73  agent for service of process in this state.
74      (5)  FARE CHARGED FOR TRANSPORTATION NETWORK COMPANY
75  SERVICE.—A transportation network company may charge a fare for
76  the transportation network company service provided to
77  passengers. If the company charges a fare, the company must
78  disclose the fare calculation method on its website or within
```

Case 1:15-cv-20356-JEM   Document 34-2   Entered on FLSD Docket 03/30/2015   Page 5 of 19
F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

HB 817                                                                 2015

79 the digital network software application service. Before the
80 passenger enters the driver's vehicle, the company shall provide
81 the passenger with the applicable rates being charged and the
82 option to receive an estimated fare.
83       (6)  IDENTIFICATION OF VEHICLES AND DRIVERS.—The company's
84 software application service or website shall display a picture
85 of the driver and the license plate number of the motor vehicle
86 used to provide transportation network company service before
87 the passenger enters the driver's vehicle.
88       (7)  ELECTRONIC RECEIPT.—Within a reasonable period of
89 time, to be determined by the department, after completion of a
90 trip, the company shall provide an electronic receipt to the
91 passenger which lists:
92       (a)  The origin and destination of the trip.
93       (b)  The total time and distance of the trip.
94       (c)  An itemization of the total fare paid.
95       (8)  TRANSPORTATION NETWORK COMPANY AND DRIVER INSURANCE
96 REQUIREMENTS.—
97       (a)  Beginning October 1, 2015, companies and
98 transportation network company drivers must comply with
99 automobile liability insurance requirements under this
100 subsection.
101      (b)1. When a driver is logged into the company's digital
102 network and is available to receive requests for transportation,
103 but is not providing transportation network company service, the
104 following automobile liability insurance requirements shall

CODING: Words stricken are deletions; words underlined are additions.

hb0817-00

HB 817 2015

```
105  apply:
106       a.  Automobile liability insurance that meets at least the
107  minimum coverage requirements under s. 324.021(7)(a)-(c).
108       b.  Automobile liability insurance that provides the
109  minimum personal injury protection coverage requirements under
110  s. 627.736.
111       2.  A company shall maintain automobile liability insurance
112  in the amount required in sub-subparagraph 1.a. and shall
113  provide coverage in the event a participating driver's own
114  automobile liability policy excludes coverage according to its
115  policy terms or does not provide coverage of the minimum
116  requirements in sub-subparagraph 1.b.
117       (c)  When a driver is providing transportation network
118  company service, the following automobile liability insurance
119  requirements shall apply:
120       1.  Automobile liability insurance that recognizes the
121  driver's provision of transportation network company service.
122       2.  Automobile liability insurance of at least $1 million
123  for death, personal injury, and property damage.
124       3.  Automobile liability insurance that provides the
125  minimum personal injury protection coverage requirements as
126  required by s. 627.736.
127       (d)  The coverage requirements of paragraph (c) may be
128  satisfied by:
129       1.  Automobile liability insurance maintained by the
130  driver;
```

Page 5 of 13

CODING: Words stricken are deletions; words underlined are additions.

hb0817-00

Case 1:15-cv-20356-JEM   Document 34-2   Entered on FLSD Docket 03/30/2015   Page 7 of 19
F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

HB 817                                                                    2015

131        2.  Automobile liability insurance maintained by the
132  company; or
133        3.  A combination of coverage maintained as provided in
134  subparagraphs 1. and 2.
135        (e)  If insurance maintained by a driver under this section
136  has lapsed, failed to provide the required coverage, denied a
137  claim for the required coverage, or otherwise ceased to exist,
138  insurance maintained by the company shall provide the coverage
139  required by this section beginning with the first dollar of a
140  claim.
141        (f)  Insurance required by this section may be placed with
142  an insurer authorized to do business in the state or with a
143  surplus lines insurer eligible under the Surplus Lines Law under
144  ss. 626.913-626.937.
145        (g)  A company or driver may prove financial responsibility
146  under chapter 324 and s. 627.733 by providing satisfactory
147  evidence of holding an automobile liability policy pursuant to
148  this subsection.
149        (9)  TRANSPORTATION NETWORK COMPANY AND INSURER DISCLOSURE
150  REQUIREMENTS.—
151        (a)  The company shall disclose in writing to drivers
152  before the drivers are allowed to accept a request for
153  transportation network company service on the company's digital
154  network the following:
155        1.  The insurance coverage and limits of liability that the
156  company provides while the driver uses a personal vehicle in

CODING: Words stricken are deletions; words underlined are additions.

Case 1:15-cv-20356-JEM   Document 34-2   Entered on FLSD Docket 03/30/2015   Page 8 of 19
F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

HB 817                                                                  2015

157 connection with a company's digital network.
158     2.  That the driver's personal insurance policy may not
159 provide coverage while the driver uses a vehicle in connection
160 with a company's digital network.
161     (b)  An insurer that provides automobile liability
162 insurance policies under part XI of chapter 627 may:
163     1.  Exclude any and all coverage and the duty to defend
164 afforded under the owner's insurance policy for a loss or injury
165 that occurs while an insured vehicle provides or is available to
166 provide transportation network company service, if such
167 exclusion is expressly set forth in the policy and approved for
168 sale in the state. This right to exclude coverage and the duty
169 to indemnify and defend applies to any coverage included in an
170 automobile liability insurance policy, including, but not
171 limited to:
172     a.  Liability coverage for bodily injury and property
173 damage.
174     b.  Uninsured and underinsured motorist coverage.
175     c.  Medical payments coverage.
176     d.  Comprehensive physical damage coverage.
177     e.  Collision physical damage coverage.
178     f.  Personal injury protection.
179     2.  The insurer must notify the insured within 30 days
180 after receiving a notice of loss that the insurer has no duty to
181 defend or indemnify any person or organization for liability for
182 a loss that is properly excluded pursuant to the terms of the

CODING: Words stricken are deletions; words underlined are additions.

hb0817-00

Case 1:15-cv-20356-JEM   Document 34-2   Entered on FLSD Docket 03/30/2015   Page 9 of 19
F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

HB 817                                                                    2015

183 | applicable primary or excess insurance policy.
184 |     (c)  An insurer that provides automobile liability
185 | insurance in the state must disclose in a prominent place on its
186 | application for insurance whether the insurance policy provides
187 | coverage for an insured vehicle providing or available to
188 | provide transportation network company service. If an automobile
189 | liability insurance policy contains an exclusion for such
190 | service, the insurer or its agent must disclose in writing the
191 | exact language of such exclusion to the applicant during the
192 | application process.
193 |     (d)  In a claims coverage investigation, companies and any
194 | insurer providing coverage under this section shall cooperate to
195 | facilitate the exchange of information, including the precise
196 | times that a driver logged on and off of the company's digital
197 | network in the 24-hour period immediately preceding the accident
198 | and disclose to one another a clear description of the coverage,
199 | exclusions, and limits provided under the insurance policy each
200 | party issued or maintained.
201 |     (10)  ZERO TOLERANCE FOR DRUG OR ALCOHOL USE.—
202 |     (a)  A company shall implement a zero tolerance policy on
203 | use of drugs or alcohol by a driver who is providing
204 | transportation network company service or who is logged into the
205 | company's digital network but is not providing service.
206 |     (b)  A company shall provide notice on its website of a
207 | zero tolerance policy under paragraph (a) and shall provide
208 | procedures for a passenger to file a complaint about a driver

CODING: Words stricken are deletions; words underlined are additions.

hb0817-00

Case 1:15-cv-20356-JEM   Document 34-2   Entered on FLSD Docket 03/30/2015   Page 10 of 19
F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

HB 817                                                                    2015

209 who the passenger reasonably suspects was under the influence of
210 drugs or alcohol during the course of a trip.
211      (c)  Upon receipt of a passenger complaint alleging a
212 violation of the zero tolerance policy, the company shall
213 immediately suspend the accused driver's access to the company's
214 digital platform and shall conduct an investigation into the
215 reported incident. The suspension shall last for the duration of
216 the investigation.
217      (d)  The company shall maintain records of a passenger
218 complaint for a period of at least 2 years after the date such
219 complaint is received by the company.
220      (11)  TRANSPORTATION NETWORK COMPANY DRIVER REQUIREMENTS.—
221      (a)  Before allowing a person to act as a driver on its
222 digital platform, the company shall:
223      1.  Require the person to submit an application to the
224 company, including his or her address, date of birth, driver
225 license number, driving history, motor vehicle registration,
226 automobile liability insurance, and other information required
227 by the company.
228      2.  Conduct, or have a third party conduct, a state and
229 national criminal background check for each applicant to
230 include:
231      a.  The Multi-State/Multi-Jurisdiction Criminal Records
232 Locator or other similar commercial national database with
233 validation.
234      b.  The Dru Sjodin National Sex Offender Public Website.

CODING: Words stricken are deletions; words underlined are additions.

hb0817-00

Case 1:15-cv-20356-JEM   Document 34-2   Entered on FLSD Docket 03/30/2015   Page 11 of 19
F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

HB 817                                                                    2015

235        3.  Obtain and review a driving history research report for
236   such person.
237        (b)  The company shall prohibit a person to act as a driver
238   on its digital platform if the person:
239        1.  Has had more than three moving violations in the
240   preceding 3-year period or one major violation in the preceding
241   3-year period. A major violation includes, but is not limited
242   to, fleeing or attempting to elude a law enforcement officer,
243   reckless driving, or driving with a suspended or revoked
244   license;
245        2.  Has been convicted, within the past 7 years, of driving
246   under the influence of drugs or alcohol, fraud, sexual offenses,
247   use of a motor vehicle to commit a felony, a crime involving
248   property damage or theft, acts of violence, or acts of terror;
249        3.  Is a match in the Dru Sjodin National Sex Offender
250   Public Website;
251        4.  Does not possess a valid driver license;
252        5.  Does not possess proof of registration for the motor
253   vehicle used to provide transportation network company service;
254        6.  Does not possess proof of automobile liability
255   insurance for the motor vehicle used to provide transportation
256   network company service; or
257        7.  Has not attained the age of 19 years.
258        (12)  VEHICLE SAFETY AND EMISSIONS.—A company shall require
259   that a motor vehicle used by a driver to provide transportation
260   network company service meets the vehicle safety and emissions

CODING: Words stricken are deletions; words underlined are additions.

hb0817-00

HB 817                                                                    2015

261  requirements for a private motor vehicle of the state in which
262  the vehicle is registered.
263       (13)  PROHIBITED CONDUCT.—A driver may not:
264       (a)  Accept a ride other than a ride arranged through a
265  company's digital network or software application service.
266       (b)  Solicit or accept street hails.
267       (c)  Solicit or accept cash payments from passengers. A
268  company shall adopt a policy prohibiting solicitation or
269  acceptance of cash payments from passengers and notify drivers
270  of such policy. Such policy must require a payment for
271  transportation network company service to be made electronically
272  using the company's digital network or software application
273  service.
274       (14)  NONDISCRIMINATION; ACCESSIBILITY.—
275       (a)  A company shall adopt a policy of nondiscrimination on
276  the basis of destination, race, color, national origin,
277  religious belief or affiliation, sex, disability, age, sexual
278  orientation, or gender identity with respect to passengers and
279  potential passengers and shall notify drivers of such policy.
280       (b)  A driver shall comply with the nondiscrimination
281  policy.
282       (c)  A driver shall comply with all applicable laws
283  relating to accommodation of service animals.
284       (d)  A company may not impose additional charges for
285  providing transportation network company service to persons with
286  physical disabilities because of those disabilities.

CODING: Words stricken are deletions; words underlined are additions.

hb0817-00

Case 1:15-cv-20356-JEM Document 34-2 Entered on FLSD Docket 03/30/2015 Page 13 of 19
F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

HB 817                                                                    2015

```
287          (e)  A company shall provide passengers an opportunity to
288     indicate whether they require a wheelchair-accessible vehicle.
289     If a company cannot arrange wheelchair-accessible service, it
290     shall direct the passenger to an alternate provider of
291     wheelchair-accessible service, if available.
292          (15)  RECORDS.—A company shall maintain:
293          (a)  Individual trip records for at least 1 year after the
294     date each trip was provided.
295          (b)  Driver records for at least 1 year after the date on
296     which a driver's activation on the company's digital network has
297     ended.
298          (16)  PERSONAL IDENTIFYING INFORMATION.—
299          (a)  A company shall only disclose a passenger's personal
300     identifying information to a third party if:
301          1.  The passenger consents;
302          2.  Disclosure is required by a legal obligation; or
303          3.  Disclosure is required to protect or defend the terms
304     of use of the transportation network company service or to
305     investigate violations of those terms.
306          (b)  Notwithstanding paragraph (a), a company may share a
307     passenger's name and telephone number with the driver providing
308     transportation network company service to such passenger to
309     facilitate correct identification of the passenger by the driver
310     or to facilitate communication between the passenger and the
311     driver.
312          (17)  PREEMPTION.—Notwithstanding any other provision of
```

CODING: Words stricken are deletions; words underlined are additions.

hb0817-00

```
313  law, companies and drivers are governed exclusively by this
314  section and any rules adopted by the department to administer
315  this section. A municipality or other local governmental entity
316  may not impose a tax on, or require a license for, a company or
317  a driver or subject a company to the municipality's or other
318  local governmental entity's rate, entry, operational, or other
319  requirements.
320       (18)  RULEMAKING.—The department may adopt rules to
321  administer this section.
322       Section 2.  This act shall take effect July 1, 2015.
```

**Florida Senate - 2015**                  **SB 1326**

**By** Senator Brandes

22-00812B-15                                        20151326__

```
 1                     A bill to be entitled
 2         An act relating to transportation network companies;
 3         amending s. 316.003, F.S.; defining terms; creating s.
 4         316.680, F.S.; providing transportation network
 5         company (TNC) and TNC driver insurance requirements;
 6         creating s. 316.682, F.S.; providing TNC driver
 7         requirements; creating s. 316.684, F.S.; prohibiting a
 8         TNC from owning, controlling, operating, or managing
 9         the vehicles used by TNC drivers; providing that a
10         TNC's insurer shall require, at a minimum, any motor
11         vehicle that a TNC driver will use to meet certain
12         safety and emissions requirements; requiring a TNC
13         driver to exclusively accept rides booked through the
14         TNC's digital network or software application service;
15         prohibiting a TNC driver from soliciting or accepting
16         street hails; providing an effective date.
17
18  Be It Enacted by the Legislature of the State of Florida:
19
20       Section 1. Subsections (94), (95), and (96) are added to
21  section 316.003, Florida Statutes, to read:
22       316.003 Definitions.—The following words and phrases, when
23  used in this chapter, shall have the meanings respectively
24  ascribed to them in this section, except where the context
25  otherwise requires:
26       (94) TRANSPORTATION NETWORK COMPANY OR TNC.—An entity
27  licensed pursuant to this chapter and operating in this state
28  which uses a digital network or software application service to
29  connect passengers to TNC services provided by TNC drivers. The
```

Page 1 of 5

**CODING:** Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

```
     22-00812B-15                                              20151326__
30   term does not include a taxicab association or a for-hire
31   passenger vehicle owner.
32        (95) TNC DRIVER.—An individual who operates a motor vehicle
33   that he or she owns, leases, or is otherwise authorized to drive
34   to provide TNC services. The term does not include the driver of
35   a taxi, jitney, limousine, or any other for-hire passenger
36   vehicle subject to regulation under s. 125.01 or any other law.
37        (96) TNC SERVICES.—Transportation of a passenger between
38   points chosen by the passenger and prearranged with a TNC driver
39   through the use of a TNC digital network or software
40   application. TNC services begin when a TNC driver accepts a
41   request for transportation received through the TNC's digital
42   network or software application service, continue while the TNC
43   driver transports the passenger in the TNC driver's vehicle, and
44   end when the passenger exits the TNC driver's vehicle. The term
45   does not include services provided by a taxi, a for-hire
46   passenger vehicle, or a street hail service.
47        Section 2. Section 316.680, Florida Statutes, is created to
48   read:
49        316.680 TNC and TNC driver insurance requirements.—
50        (1) On or before October 1, 2015, and thereafter, TNCs and
51   TNC drivers shall comply with the automobile liability insurance
52   requirements of this section.
53        (2) The following automobile liability insurance
54   requirements apply during the time a TNC driver is operating a
55   vehicle but has not accepted a request for transportation
56   received through a TNC's digital network or software
57   application:
58        (a) Automobile liability insurance that meets at least the
```

```
22-00812B-15                                              20151326__
```

59 minimum coverage requirements under s. 324.021(7)(a), (b), and
60 (c). Automobile liability insurance in the amount required in
61 this paragraph shall be maintained by a TNC, which shall provide
62 coverage in the event a participating TNC driver's own
63 automobile liability insurance policy excludes coverage
64 according to its policy terms or does not provide at least the
65 minimum coverage required in this paragraph.
66     (b) Automobile liability insurance that provides the
67 minimum coverage required under s. 627.736.
68     (3) The following automobile liability insurance is
69 required while a TNC driver is providing TNC services:
70     (a) Primary automobile liability insurance that recognizes
71 the TNC driver's provision of TNC services and covers the TNC
72 driver when providing TNC services.
73     (b) Automobile liability insurance that provides at least
74 $1 million in coverage for death, personal injury, and property
75 damage.
76     (c) Automobile liability insurance that provides the
77 minimum coverage required under s. 627.736.
78     (4) The insurance coverage requirements of subsection (3)
79 may be satisfied by any of the following:
80     (a) Automobile liability insurance maintained by the TNC
81 driver;
82     (b) Automobile liability insurance maintained by the TNC;
83 or
84     (c) Any combination of liability insurance specified in
85 paragraphs (a) and (b).
86     Section 3. Section 316.682, Florida Statutes, is created to
87 read:

**CODING:** Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

```
22-00812B-15                                              20151326__
```

| | |
|---|---|
| 88 | 316.682 TNC driver requirements.— |
| 89 | (1) Before allowing an individual to act as a TNC driver on |
| 90 | its digital platform, a TNC shall: |
| 91 | (a) Require the individual to submit an application to the |
| 92 | TNC which includes his or her full name, address, age, driver |
| 93 | license number and type, driving history, motor vehicle |
| 94 | registration, automobile liability insurance, and other |
| 95 | information required by the TNC; |
| 96 | (b) Conduct, or have a third party conduct, a local and |
| 97 | national criminal background check for each applicant which must |
| 98 | include: |
| 99 | 1. The Multi-State/Multi-Jurisdiction Criminal Records |
| 100 | Locator or another similar, validated commercial nationwide |
| 101 | database as its primary search source; |
| 102 | 2. A National Sex Offender Registry database search; and |
| 103 | 3. A driving history research report for such individual. |
| 104 | (2) A TNC may not allow an individual to be listed as a TNC |
| 105 | driver on its digital platform who: |
| 106 | (a) Has had more than three moving violations in the prior |
| 107 | 3-year period, or one major violation in the prior 3-year |
| 108 | period, including, but not limited to, attempting to evade the |
| 109 | police, reckless driving, or driving with a suspended or revoked |
| 110 | license; |
| 111 | (b) Has been convicted within the past 7 years of driving |
| 112 | under the influence of drugs or alcohol, use of a motor vehicle |
| 113 | to commit a felony, or any crime involving fraud, a sexual |
| 114 | offense, property damage, theft, an act of violence, or an act |
| 115 | of terror; |
| 116 | (c) Is listed in the National Sex Offender Registry |

```
       22-00812B-15                                           20151326__
117  database;
118       (d) Does not possess a valid driver license;
119       (e) Does not possess proof of registration for the motor
120  vehicle used to provide TNC services;
121       (f) Does not possess proof of automobile liability
122  insurance for the motor vehicle used to provide TNC services; or
123       (g) Is not at least 19 years of age.
124       Section 4. Section 316.684, Florida Statutes, is created to
125  read:
126       316.684 TNC requirements; vehicle safety and emissions; no
127  street hails.—
128       (1) A TNC may not own, control, operate, or manage the
129  vehicles used by TNC drivers.
130       (2) A TNC's insurer shall require, at a minimum, that any
131  motor vehicle a TNC driver will use to provide TNC services
132  meets the vehicle safety and emissions requirements of chapter
133  316.
134       (3) A TNC driver must only accept rides booked exclusively
135  through a TNC's digital network or software application service
136  and may not solicit or accept street hails.
137       Section 5. This act shall take effect July 1, 2015.
```

**CODING:** Words ~~stricken~~ are deletions; words underlined are additions.