# Exhibit C


(/)

CITIES (/CITIES)     DRIVE (/DRIVERS)

BLOG (HTTP://BLOG.LYFT.COM)     HELP (/HELP)

DOWNLOAD

# We Go the Extra Mile For Safety

As pioneers in transportation, we're changing the industry with safety front of mind. We designed safety into every part of Lyft, from our $1,000,000 liability insurance to our dedicated Trust & Safety team. We run in-person driver screenings, created an in-app ratings system, and offer 24/7 support.

# Lyft Insurance Protection Plan

Our first-of-its-kind insurance plan provides drivers with additional coverages for ultimate peace of mind. Lyft offers:

- Commercial Auto Liability: $1,000,000 limit for bodily injury and/or property damage or passengers and/or third parties. (applies from the time a driver accepts a ride request in the app until the time the ride is ended in the app)
- Contingent Comprehensive & Collision: $2,500 deductible and $50,000 maximum applicable to drivers who purchase collision & comprehensive coverage on their personal policy (applies from the time a driver accepts a ride request until the time the ride is ended in the app)
- Uninsured/Underinsured Motorist: $1,000,000 limit covering bodily injury of drivers and/or passengers and/or third parties for damages caused by an uninsured or underinsured motorist who is at fault (applies from the time a driver accepts a ride request in the app until the time the ride is ended in the app)
- Contingent Liability: up to $50,000 per person / $100,000 per accident / $25,000 property damage, covering driver liability for bodily injury and/or property damage of passengers and/or third parties (applies from the time when a driver flips into driver mode until the driver accepts a ride request)

Our $1M liability and uninsured/underinsured policies will apply as primary to a driver's personal automobile insurance policy when matched with a passenger. This means that from the moment you accept a ride request and are on your way to pick up a passenger to the moment you end the ride in the app, Lyft has an insurance

policy for liability up to $1 million per incident. If you already carry commercial insurance (or personal coverage providing specific coverage for ridesharing), Lyft's policy will continue to be excess to your insurance coverage.

Please note, the above coverage may be modified to comply with local regulations or state laws. Lyft's policy is not available in New York State at this time.

# Background & DMV Checks

Every driver is screened for criminal offenses and driving incidents. The criminal background check goes back seven years and includes national and county-level databases, as well as national sex offender registries.*

## Driving Record Check

- Aged 21 or older, with an active U.S. driver's license for 1+ years
- Valid personal auto insurance that meets or exceeds state requirements
- No more than three moving violations in the past three years (e.g. accidents, traffic light violations)
- No major violations in the past three years (e.g. driving on a suspended license, reckless driving)
- No DUIs or other drug-related driving violations in the last seven years
- No extreme infractions in the last seven years (e.g. hit-and-run, felonies

involving a vehicle)

# Background Check

Within the past seven years:

- No violent crimes
- No sexual offenses
- No theft
- No property damage
- No felonies
- No drug related offenses

We also do not allow individuals to drive who are registered on the National Sex Offender Registry and DOJ50-State Sex Offender Registry at the time our background check is conducted, regardless of how long ago the individual was put on that registry.

*In New York City, DMV and criminal background checks are conducted by the Taxi and Limousine Commission (TLC) according to their licensing standards, instead of through Lyft.

# Vehicle Inspections

Cars must be no more than 12 years old* (based on model year) and must pass an inspection before hitting the road.

*However, pursuant to local regulations, cars must be no more than 10 years old in Columbus, Minneapolis, Seattle, and Washington, D.C.

# Zero-Tolerance Policy

Lyft maintains a zero-tolerance drug and alcohol policy. To report suspicions of intoxicant use, email us (/help/contact) or call (855) 865-9553 (tel:18558659553).

# Two-way Ratings

You've got the power. Passengers and drivers rate each other after every ride. If you rate someone 3 stars or below, you'll never be matched with them again. Lyft takes all user ratings and driver feedback very seriously.

## DISCOVER

## ABOUT US

Safety (/safety)
Drive (/drivers)
Cities (/cities)
Help (/help)
Lyft for Work (/work)

Press (/press)
Jobs (/jobs)
Blog (http://blog.lyft.com)
Lyft for Good (http://blog.lyft.com/lyftforgood)
Partnerships (/partnerships)

## DRIVERS

Sign Up (/drivers)
Log in (/login)

(https://twitter.com/lyft)   (https://www.facebook.com/lyft)

(http://instagram.com/lyft)   DOWNLOAD

© 2015 Lyft   ·   Terms (/terms)   ·   Privacy (/privacy)

Back to top