# Exhibit D

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

HB 817  2015

```
 1                      A bill to be entitled
 2         An act relating to transportation network companies;
 3         creating s. 316.680, F.S.; providing definitions;
 4         providing requirements for a person to obtain a permit
 5         as a transportation network company; providing a
 6         permit fee; requiring an agent for service of process;
 7         requiring disclosure of a company's fares; requiring
 8         display of certain information related to a
 9         transportation network company driver; requiring that
10         a company provide an electronic receipt to a
11         passenger; providing requirements for automobile
12         liability insurance and insurance disclosure;
13         requiring that a company implement a zero tolerance
14         policy for drug and alcohol use; providing
15         requirements for employment as a transportation
16         network company driver; requiring that motor vehicles
17         used by a transportation network company meet certain
18         safety and emissions requirements; prohibiting
19         specified conduct; requiring a company to adopt a
20         nondiscrimination policy and meet certain requirements
21         for accessibility; requiring a company to maintain
22         specified records; prohibiting a company from
23         disclosing specified information; providing for
24         preemption; authorizing rulemaking; providing an
25         effective date.
26
```

CODING: Words stricken are deletions; words underlined are additions.

hb0817-00

Case 1:15-cv-20356-JEM   Document 48-4   Entered on FLSD Docket 05/04/2015   Page 3 of 19
F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

HB 817                                                                                        2015

27  Be It Enacted by the Legislature of the State of Florida:
28
29      Section 1.  Section 316.680, Florida Statutes, is created
30  to read:
31      316.680  Transportation network companies.—
32      (1)  DEFINITIONS.—As used in this section, the term:
33      (a)  "Transportation network company" or "company" means an
34  entity granted a permit under this section to operate in this
35  state using a digital network or software application service to
36  connect passengers to transportation network company service
37  provided by drivers. A company is not deemed to own, control,
38  operate, or manage the vehicles used by drivers and is not a
39  taxicab association or for-hire vehicle owner.
40      (b)  "Transportation network company driver" or "driver"
41  means an individual who operates a motor vehicle that is:
42      1.  Owned, leased, or otherwise authorized for use by the
43  individual.
44      2.  Not a taxi, jitney, limousine, or for-hire vehicle as
45  defined in s. 320.01(15).
46      3.  Used to provide transportation network company service.
47      (c)  "Transportation network company service" means the
48  transportation of a passenger between points chosen by the
49  passenger and prearranged with a driver through the use of a
50  company digital network or software application service. Service
51  begins when a driver accepts a request for transportation
52  received through the company's digital network or software

CODING: Words stricken are deletions; words underlined are additions.

hb0817-00

53 application service, continues while the driver transports the
54 passenger in the driver's vehicle, and ends when the passenger
55 exits the driver's vehicle. The term does not include a taxi,
56 for-hire vehicle, or street hail service.
57     (d)  "Trip" means the duration of transportation network
58 company service beginning at a point of origin where the
59 passenger enters the driver's vehicle and ending at a point of
60 destination where the passenger exits the vehicle.
61     (2)  NOT COMMON CARRIERS.—A transportation network company
62 or transportation network company driver is not a common carrier
63 and does not provide taxi or for-hire vehicle service.
64     (3)  PERMIT REQUIRED.—
65     (a)  A person must obtain a permit from the department to
66 operate a transportation network company in this state.
67     (b)  The department shall issue a permit to each applicant
68 that meets the requirements for a transportation network company
69 pursuant to this section and pays an annual permit fee of $5,000
70 to the department.
71     (4)  AGENT FOR SERVICE OF PROCESS REQUIRED.—A
72 transportation network company must designate and maintain an
73 agent for service of process in this state.
74     (5)  FARE CHARGED FOR TRANSPORTATION NETWORK COMPANY
75 SERVICE.—A transportation network company may charge a fare for
76 the transportation network company service provided to
77 passengers. If the company charges a fare, the company must
78 disclose the fare calculation method on its website or within

CODING: Words stricken are deletions; words underlined are additions.

hb0817-00

Case 1:15-cv-20356-JEM   Document 48-4   Entered on FLSD Docket 05/04/2015   Page 5 of 19
F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

HB 817                                                                    2015

79  the digital network software application service. Before the
80  passenger enters the driver's vehicle, the company shall provide
81  the passenger with the applicable rates being charged and the
82  option to receive an estimated fare.
83      (6)  IDENTIFICATION OF VEHICLES AND DRIVERS.—The company's
84  software application service or website shall display a picture
85  of the driver and the license plate number of the motor vehicle
86  used to provide transportation network company service before
87  the passenger enters the driver's vehicle.
88      (7)  ELECTRONIC RECEIPT.—Within a reasonable period of
89  time, to be determined by the department, after completion of a
90  trip, the company shall provide an electronic receipt to the
91  passenger which lists:
92      (a)  The origin and destination of the trip.
93      (b)  The total time and distance of the trip.
94      (c)  An itemization of the total fare paid.
95      (8)  TRANSPORTATION NETWORK COMPANY AND DRIVER INSURANCE
96  REQUIREMENTS.—
97      (a)  Beginning October 1, 2015, companies and
98  transportation network company drivers must comply with
99  automobile liability insurance requirements under this
100 subsection.
101     (b)1.  When a driver is logged into the company's digital
102 network and is available to receive requests for transportation,
103 but is not providing transportation network company service, the
104 following automobile liability insurance requirements shall

CODING: Words stricken are deletions; words underlined are additions.

hb0817-00

| | |
|---|---|
| 105 | apply: |
| 106 | a.  Automobile liability insurance that meets at least the |
| 107 | minimum coverage requirements under s. 324.021(7)(a)-(c). |
| 108 | b.  Automobile liability insurance that provides the |
| 109 | minimum personal injury protection coverage requirements under |
| 110 | s. 627.736. |
| 111 | 2.  A company shall maintain automobile liability insurance |
| 112 | in the amount required in sub-subparagraph 1.a. and shall |
| 113 | provide coverage in the event a participating driver's own |
| 114 | automobile liability policy excludes coverage according to its |
| 115 | policy terms or does not provide coverage of the minimum |
| 116 | requirements in sub-subparagraph 1.b. |
| 117 | (c)  When a driver is providing transportation network |
| 118 | company service, the following automobile liability insurance |
| 119 | requirements shall apply: |
| 120 | 1.  Automobile liability insurance that recognizes the |
| 121 | driver's provision of transportation network company service. |
| 122 | 2.  Automobile liability insurance of at least $1 million |
| 123 | for death, personal injury, and property damage. |
| 124 | 3.  Automobile liability insurance that provides the |
| 125 | minimum personal injury protection coverage requirements as |
| 126 | required by s. 627.736. |
| 127 | (d)  The coverage requirements of paragraph (c) may be |
| 128 | satisfied by: |
| 129 | 1.  Automobile liability insurance maintained by the |
| 130 | driver; |

CODING: Words stricken are deletions; words underlined are additions.

hb0817-00

131        2. Automobile liability insurance maintained by the
132 company; or
133        3. A combination of coverage maintained as provided in
134 subparagraphs 1. and 2.
135        (e) If insurance maintained by a driver under this section
136 has lapsed, failed to provide the required coverage, denied a
137 claim for the required coverage, or otherwise ceased to exist,
138 insurance maintained by the company shall provide the coverage
139 required by this section beginning with the first dollar of a
140 claim.
141        (f) Insurance required by this section may be placed with
142 an insurer authorized to do business in the state or with a
143 surplus lines insurer eligible under the Surplus Lines Law under
144 ss. 626.913-626.937.
145        (g) A company or driver may prove financial responsibility
146 under chapter 324 and s. 627.733 by providing satisfactory
147 evidence of holding an automobile liability policy pursuant to
148 this subsection.
149        (9) TRANSPORTATION NETWORK COMPANY AND INSURER DISCLOSURE
150 REQUIREMENTS.—
151        (a) The company shall disclose in writing to drivers
152 before the drivers are allowed to accept a request for
153 transportation network company service on the company's digital
154 network the following:
155        1. The insurance coverage and limits of liability that the
156 company provides while the driver uses a personal vehicle in

CODING: Words stricken are deletions; words underlined are additions.

hb0817-00

```
157  connection with a company's digital network.
158       2.  That the driver's personal insurance policy may not
159  provide coverage while the driver uses a vehicle in connection
160  with a company's digital network.
161       (b)  An insurer that provides automobile liability
162  insurance policies under part XI of chapter 627 may:
163       1.  Exclude any and all coverage and the duty to defend
164  afforded under the owner's insurance policy for a loss or injury
165  that occurs while an insured vehicle provides or is available to
166  provide transportation network company service, if such
167  exclusion is expressly set forth in the policy and approved for
168  sale in the state. This right to exclude coverage and the duty
169  to indemnify and defend applies to any coverage included in an
170  automobile liability insurance policy, including, but not
171  limited to:
172       a.  Liability coverage for bodily injury and property
173  damage.
174       b.  Uninsured and underinsured motorist coverage.
175       c.  Medical payments coverage.
176       d.  Comprehensive physical damage coverage.
177       e.  Collision physical damage coverage.
178       f.  Personal injury protection.
179       2.  The insurer must notify the insured within 30 days
180  after receiving a notice of loss that the insurer has no duty to
181  defend or indemnify any person or organization for liability for
182  a loss that is properly excluded pursuant to the terms of the
```

CODING: Words stricken are deletions; words underlined are additions.

hb0817-00

Case 1:15-cv-20356-JEM   Document 48-4   Entered on FLSD Docket 05/04/2015   Page 9 of 19
F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

HB 817                                                                                              2015

183 applicable primary or excess insurance policy.
184     (c)  An insurer that provides automobile liability
185 insurance in the state must disclose in a prominent place on its
186 application for insurance whether the insurance policy provides
187 coverage for an insured vehicle providing or available to
188 provide transportation network company service. If an automobile
189 liability insurance policy contains an exclusion for such
190 service, the insurer or its agent must disclose in writing the
191 exact language of such exclusion to the applicant during the
192 application process.
193     (d)  In a claims coverage investigation, companies and any
194 insurer providing coverage under this section shall cooperate to
195 facilitate the exchange of information, including the precise
196 times that a driver logged on and off of the company's digital
197 network in the 24-hour period immediately preceding the accident
198 and disclose to one another a clear description of the coverage,
199 exclusions, and limits provided under the insurance policy each
200 party issued or maintained.
201     (10)  ZERO TOLERANCE FOR DRUG OR ALCOHOL USE.—
202     (a)  A company shall implement a zero tolerance policy on
203 use of drugs or alcohol by a driver who is providing
204 transportation network company service or who is logged into the
205 company's digital network but is not providing service.
206     (b)  A company shall provide notice on its website of a
207 zero tolerance policy under paragraph (a) and shall provide
208 procedures for a passenger to file a complaint about a driver

Case 1:15-cv-20356-JEM   Document 48-4   Entered on FLSD Docket 05/04/2015   Page 10 of 19
F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

HB 817                                                                    2015

209  who the passenger reasonably suspects was under the influence of
210  drugs or alcohol during the course of a trip.
211      (c)  Upon receipt of a passenger complaint alleging a
212  violation of the zero tolerance policy, the company shall
213  immediately suspend the accused driver's access to the company's
214  digital platform and shall conduct an investigation into the
215  reported incident. The suspension shall last for the duration of
216  the investigation.
217      (d)  The company shall maintain records of a passenger
218  complaint for a period of at least 2 years after the date such
219  complaint is received by the company.
220      (11)  TRANSPORTATION NETWORK COMPANY DRIVER REQUIREMENTS.—
221      (a)  Before allowing a person to act as a driver on its
222  digital platform, the company shall:
223      1.  Require the person to submit an application to the
224  company, including his or her address, date of birth, driver
225  license number, driving history, motor vehicle registration,
226  automobile liability insurance, and other information required
227  by the company.
228      2.  Conduct, or have a third party conduct, a state and
229  national criminal background check for each applicant to
230  include:
231      a.  The Multi-State/Multi-Jurisdiction Criminal Records
232  Locator or other similar commercial national database with
233  validation.
234      b.  The Dru Sjodin National Sex Offender Public Website.

CODING: Words stricken are deletions; words underlined are additions.

hb0817-00

Case 1:15-cv-20356-JEM   Document 48-4   Entered on FLSD Docket 05/04/2015   Page 11 of 19
F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

HB 817 2015

```
235        3.  Obtain and review a driving history research report for
236   such person.
237        (b)  The company shall prohibit a person to act as a driver
238   on its digital platform if the person:
239        1.  Has had more than three moving violations in the
240   preceding 3-year period or one major violation in the preceding
241   3-year period. A major violation includes, but is not limited
242   to, fleeing or attempting to elude a law enforcement officer,
243   reckless driving, or driving with a suspended or revoked
244   license;
245        2.  Has been convicted, within the past 7 years, of driving
246   under the influence of drugs or alcohol, fraud, sexual offenses,
247   use of a motor vehicle to commit a felony, a crime involving
248   property damage or theft, acts of violence, or acts of terror;
249        3.  Is a match in the Dru Sjodin National Sex Offender
250   Public Website;
251        4.  Does not possess a valid driver license;
252        5.  Does not possess proof of registration for the motor
253   vehicle used to provide transportation network company service;
254        6.  Does not possess proof of automobile liability
255   insurance for the motor vehicle used to provide transportation
256   network company service; or
257        7.  Has not attained the age of 19 years.
258        (12)  VEHICLE SAFETY AND EMISSIONS.—A company shall require
259   that a motor vehicle used by a driver to provide transportation
260   network company service meets the vehicle safety and emissions
```

CODING: Words stricken are deletions; words underlined are additions.

hb0817-00

Case 1:15-cv-20356-JEM   Document 48-4   Entered on FLSD Docket 05/04/2015   Page 12 of 19
F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

HB 817                                                                                          2015

261 requirements for a private motor vehicle of the state in which
262 the vehicle is registered.
263      (13)  PROHIBITED CONDUCT.—A driver may not:
264      (a)  Accept a ride other than a ride arranged through a
265 company's digital network or software application service.
266      (b)  Solicit or accept street hails.
267      (c)  Solicit or accept cash payments from passengers. A
268 company shall adopt a policy prohibiting solicitation or
269 acceptance of cash payments from passengers and notify drivers
270 of such policy. Such policy must require a payment for
271 transportation network company service to be made electronically
272 using the company's digital network or software application
273 service.
274      (14)  NONDISCRIMINATION; ACCESSIBILITY.—
275      (a)  A company shall adopt a policy of nondiscrimination on
276 the basis of destination, race, color, national origin,
277 religious belief or affiliation, sex, disability, age, sexual
278 orientation, or gender identity with respect to passengers and
279 potential passengers and shall notify drivers of such policy.
280      (b)  A driver shall comply with the nondiscrimination
281 policy.
282      (c)  A driver shall comply with all applicable laws
283 relating to accommodation of service animals.
284      (d)  A company may not impose additional charges for
285 providing transportation network company service to persons with
286 physical disabilities because of those disabilities.

CODING: Words stricken are deletions; words underlined are additions.

hb0817-00

287 (e) A company shall provide passengers an opportunity to
288 indicate whether they require a wheelchair-accessible vehicle.
289 If a company cannot arrange wheelchair-accessible service, it
290 shall direct the passenger to an alternate provider of
291 wheelchair-accessible service, if available.
292 (15) RECORDS.—A company shall maintain:
293 (a) Individual trip records for at least 1 year after the
294 date each trip was provided.
295 (b) Driver records for at least 1 year after the date on
296 which a driver's activation on the company's digital network has
297 ended.
298 (16) PERSONAL IDENTIFYING INFORMATION.—
299 (a) A company shall only disclose a passenger's personal
300 identifying information to a third party if:
301 1. The passenger consents;
302 2. Disclosure is required by a legal obligation; or
303 3. Disclosure is required to protect or defend the terms
304 of use of the transportation network company service or to
305 investigate violations of those terms.
306 (b) Notwithstanding paragraph (a), a company may share a
307 passenger's name and telephone number with the driver providing
308 transportation network company service to such passenger to
309 facilitate correct identification of the passenger by the driver
310 or to facilitate communication between the passenger and the
311 driver.
312 (17) PREEMPTION.—Notwithstanding any other provision of

CODING: Words stricken are deletions; words underlined are additions.

hb0817-00

HB 817                                                                 2015

```
313  law, companies and drivers are governed exclusively by this
314  section and any rules adopted by the department to administer
315  this section. A municipality or other local governmental entity
316  may not impose a tax on, or require a license for, a company or
317  a driver or subject a company to the municipality's or other
318  local governmental entity's rate, entry, operational, or other
319  requirements.
320       (18)  RULEMAKING.—The department may adopt rules to
321  administer this section.
322       Section 2.  This act shall take effect July 1, 2015.
```

CODING: Words stricken are deletions; words underlined are additions.

hb0817-00

**By** Senator Brandes

```
22-00812B-15                                              20151326__
```

| | |
|---|---|
| 1 | A bill to be entitled |
| 2 | An act relating to transportation network companies; |
| 3 | amending s. 316.003, F.S.; defining terms; creating s. |
| 4 | 316.680, F.S.; providing transportation network |
| 5 | company (TNC) and TNC driver insurance requirements; |
| 6 | creating s. 316.682, F.S.; providing TNC driver |
| 7 | requirements; creating s. 316.684, F.S.; prohibiting a |
| 8 | TNC from owning, controlling, operating, or managing |
| 9 | the vehicles used by TNC drivers; providing that a |
| 10 | TNC's insurer shall require, at a minimum, any motor |
| 11 | vehicle that a TNC driver will use to meet certain |
| 12 | safety and emissions requirements; requiring a TNC |
| 13 | driver to exclusively accept rides booked through the |
| 14 | TNC's digital network or software application service; |
| 15 | prohibiting a TNC driver from soliciting or accepting |
| 16 | street hails; providing an effective date. |
| 17 | |
| 18 | Be It Enacted by the Legislature of the State of Florida: |
| 19 | |
| 20 | Section 1. Subsections (94), (95), and (96) are added to |
| 21 | section 316.003, Florida Statutes, to read: |
| 22 | 316.003 Definitions.—The following words and phrases, when |
| 23 | used in this chapter, shall have the meanings respectively |
| 24 | ascribed to them in this section, except where the context |
| 25 | otherwise requires: |
| 26 | (94) TRANSPORTATION NETWORK COMPANY OR TNC.—An entity |
| 27 | licensed pursuant to this chapter and operating in this state |
| 28 | which uses a digital network or software application service to |
| 29 | connect passengers to TNC services provided by TNC drivers. The |

**CODING:** Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

```
22-00812B-15                                               20151326__
```

| | |
|---|---|
| 30 | term does not include a taxicab association or a for-hire |
| 31 | passenger vehicle owner. |
| 32 | (95) TNC DRIVER.—An individual who operates a motor vehicle |
| 33 | that he or she owns, leases, or is otherwise authorized to drive |
| 34 | to provide TNC services. The term does not include the driver of |
| 35 | a taxi, jitney, limousine, or any other for-hire passenger |
| 36 | vehicle subject to regulation under s. 125.01 or any other law. |
| 37 | (96) TNC SERVICES.—Transportation of a passenger between |
| 38 | points chosen by the passenger and prearranged with a TNC driver |
| 39 | through the use of a TNC digital network or software |
| 40 | application. TNC services begin when a TNC driver accepts a |
| 41 | request for transportation received through the TNC's digital |
| 42 | network or software application service, continue while the TNC |
| 43 | driver transports the passenger in the TNC driver's vehicle, and |
| 44 | end when the passenger exits the TNC driver's vehicle. The term |
| 45 | does not include services provided by a taxi, a for-hire |
| 46 | passenger vehicle, or a street hail service. |
| 47 | Section 2. Section 316.680, Florida Statutes, is created to |
| 48 | read: |
| 49 | 316.680 TNC and TNC driver insurance requirements.— |
| 50 | (1) On or before October 1, 2015, and thereafter, TNCs and |
| 51 | TNC drivers shall comply with the automobile liability insurance |
| 52 | requirements of this section. |
| 53 | (2) The following automobile liability insurance |
| 54 | requirements apply during the time a TNC driver is operating a |
| 55 | vehicle but has not accepted a request for transportation |
| 56 | received through a TNC's digital network or software |
| 57 | application: |
| 58 | (a) Automobile liability insurance that meets at least the |

**CODING:** Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

```
22-00812B-15                                            20151326__
```

59 minimum coverage requirements under s. 324.021(7)(a), (b), and
60 (c). Automobile liability insurance in the amount required in
61 this paragraph shall be maintained by a TNC, which shall provide
62 coverage in the event a participating TNC driver's own
63 automobile liability insurance policy excludes coverage
64 according to its policy terms or does not provide at least the
65 minimum coverage required in this paragraph.
66     (b) Automobile liability insurance that provides the
67 minimum coverage required under s. 627.736.
68     (3) The following automobile liability insurance is
69 required while a TNC driver is providing TNC services:
70     (a) Primary automobile liability insurance that recognizes
71 the TNC driver's provision of TNC services and covers the TNC
72 driver when providing TNC services.
73     (b) Automobile liability insurance that provides at least
74 $1 million in coverage for death, personal injury, and property
75 damage.
76     (c) Automobile liability insurance that provides the
77 minimum coverage required under s. 627.736.
78     (4) The insurance coverage requirements of subsection (3)
79 may be satisfied by any of the following:
80     (a) Automobile liability insurance maintained by the TNC
81 driver;
82     (b) Automobile liability insurance maintained by the TNC;
83 or
84     (c) Any combination of liability insurance specified in
85 paragraphs (a) and (b).
86     Section 3. Section 316.682, Florida Statutes, is created to
87 read:

**CODING:** Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

```
22-00812B-15                                              20151326__
```

| | |
|---|---|
| 88 | 316.682 TNC driver requirements.— |
| 89 | (1) Before allowing an individual to act as a TNC driver on |
| 90 | its digital platform, a TNC shall: |
| 91 | (a) Require the individual to submit an application to the |
| 92 | TNC which includes his or her full name, address, age, driver |
| 93 | license number and type, driving history, motor vehicle |
| 94 | registration, automobile liability insurance, and other |
| 95 | information required by the TNC; |
| 96 | (b) Conduct, or have a third party conduct, a local and |
| 97 | national criminal background check for each applicant which must |
| 98 | include: |
| 99 | 1. The Multi-State/Multi-Jurisdiction Criminal Records |
| 100 | Locator or another similar, validated commercial nationwide |
| 101 | database as its primary search source; |
| 102 | 2. A National Sex Offender Registry database search; and |
| 103 | 3. A driving history research report for such individual. |
| 104 | (2) A TNC may not allow an individual to be listed as a TNC |
| 105 | driver on its digital platform who: |
| 106 | (a) Has had more than three moving violations in the prior |
| 107 | 3-year period, or one major violation in the prior 3-year |
| 108 | period, including, but not limited to, attempting to evade the |
| 109 | police, reckless driving, or driving with a suspended or revoked |
| 110 | license; |
| 111 | (b) Has been convicted within the past 7 years of driving |
| 112 | under the influence of drugs or alcohol, use of a motor vehicle |
| 113 | to commit a felony, or any crime involving fraud, a sexual |
| 114 | offense, property damage, theft, an act of violence, or an act |
| 115 | of terror; |
| 116 | (c) Is listed in the National Sex Offender Registry |

```
     22-00812B-15                                              20151326__
117  database;
118       (d) Does not possess a valid driver license;
119       (e) Does not possess proof of registration for the motor
120  vehicle used to provide TNC services;
121       (f) Does not possess proof of automobile liability
122  insurance for the motor vehicle used to provide TNC services; or
123       (g) Is not at least 19 years of age.
124       Section 4. Section 316.684, Florida Statutes, is created to
125  read:
126       316.684 TNC requirements; vehicle safety and emissions; no
127  street hails.—
128       (1) A TNC may not own, control, operate, or manage the
129  vehicles used by TNC drivers.
130       (2) A TNC's insurer shall require, at a minimum, that any
131  motor vehicle a TNC driver will use to provide TNC services
132  meets the vehicle safety and emissions requirements of chapter
133  316.
134       (3) A TNC driver must only accept rides booked exclusively
135  through a TNC's digital network or software application service
136  and may not solicit or accept street hails.
137       Section 5. This act shall take effect July 1, 2015.
```

**CODING:** Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.