**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(MIAMI DIVISION)**

CASE NO. 1:15-cv-20356-JEM

MIADECO CORP., a Florida Corporation,
B&S TAXI CORP., a Florida Corporation,
CHECKER CAB OPERATIONS, INC., a
Florida Corporation, and PHIL ELLIS
LOWERY, MINNE MAE LOWERY,
EDIELENE GAIL LOWERY BROWN, and
ARNETT LEE JR., individually and on
behalf of others similarly situated,

          Plaintiffs,

vs.

UBER TECHNOLOGIES, INC., and LYFT,
INC.,

          Defendants.

_____/

**DEFENDANT LYFT, INC.'S SECOND AMENDED**
**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to this Court's Order Requiring Parties to Meet and File Joint Scheduling Report and

Proposed Order and Directing Parties to File Certificate of Interested Parties [DE 5], Defendant

Lyft, Inc. ("Lyft") files this Second Amended Certificate of Interested Persons. Lyft knows, or has

reason to believe, that each of the following persons, associations of persons, firms, partnerships,

corporations, affiliates, parent corporations, or other entities may have a financial interest in the

outcome of this case:

        1.     Plaintiff MIADECO CORP.

        2.     Plaintiff B&S TAXI CORP.

        3.     Plaintiff CHECKER CAB OPERATIONS, INC.

4.   Plaintiff PHIL ELLIS LOWERY.

5.   Plaintiff MINNE MAE LOWERY.

6.   Plaintiff EDIELENE GAIL LOWERY BROWN.

7.   Plaintiff ARNETT LEE JR.

8.   Defendant Lyft, Inc.

9.   Rakuten, Inc., a publicly held corporation traded on the Tokyo Stock Exchange, which now owns more than ten percent of Lyft's stock.

10.  Andreessen Horowitz, which owns more than ten percent of Lyft's stock.

11.  Defendant Uber Technologies, Inc.

12.  Patino & Associates, P.A., counsel for Plaintiffs

13.  Daniel M. Sampson, P.A., d/b/a Samson Appellate Law, counsel for Plaintiffs

14.  Liebler, Gonzalez & Portuondo, counsel for Defendant Lyft., Inc.
15.  Baker Botts LLP, counsel for Defendant Lyft., Inc.

16.  Morgan, Lewis & Bockius LLP, counsel for Defendant Uber Technologies, Inc.

If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then Lyft will promptly file an amended certificate with the Court.

Dated this 1st day of June, 2015.          Respectfully submitted,

/s/Andrew Kemp-Gerstel_____
ANDREW KEMP-GERSTEL
Florida Bar No. 0044332
JUNAID N. SAVANI
Florida Bar No. 88816
**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower – 25th Floor
44 West Flagler Street
Miami, FL   33130
Telephone:   305.379.0400
E-Mail:   service@lgplaw.com
*Attorneys for Defendant Lyft, Inc.*

/s/ Danny David_____
DANNY DAVID
*Admitted via Pro Hac Vice Admission*
Texas Bar No. 24028267
**BAKER BOTTS L.L.P**
One Shell Plaza
910 Louisiana
Houston, TX 77002
(email: danny.david@bakerbotts.com)

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 1, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Andrew Kemp-Gerstel
ANDREW KEMP-GERSTEL