UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

CASE NO. 1:15-cv-20356-JEM

MIADECO CORP., a Florida Corporation, B&S TAXI CORP., a Florida Corporation, CHECKER CAB OPERATIONS, INC., a Florida Corporation, and PHIL ELLIS LOWERY, MINNE MAE LOWERY, EDIELENE GAIL LOWERY BROWN, and ARNETT LEE JR., individually and on behalf of others similarly situated,

        Plaintiffs,

vs.

UBER TECHNOLOGIES, INC., and LYFT, INC.,

        Defendants.
_____/

## DEFENDANT LYFT'S SECOND AMENDED CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Lyft, Inc. ("Lyft") files this Second Amended Corporate Disclosure Statement. Lyft is a privately held corporation and has no parent corporation. Rakuten, Inc., and Andreessen Horowitz, each own more than ten percent of Lyft's stock.

**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130   (305) 379-0400

Dated this 1st day of June, 2015.          Respectfully submitted,

/s/Andrew Kemp-Gerstel_____
ANDREW KEMP-GERSTEL
Florida Bar No. 0044332
JUNAID N. SAVANI
Florida Bar No. 88816
**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower – 25th Floor
44 West Flagler Street
Miami, FL   33130
Telephone:   305.379.0400
E-Mail:   service@lgplaw.com
*Attorneys for Defendant Lyft, Inc.*

/s/ Danny David_____
DANNY DAVID
*Admitted via Pro Hac Vice Admission*
Texas Bar No. 24028267
**BAKER BOTTS L.L.P**
One Shell Plaza
910 Louisiana
Houston, TX 77002
(email: danny.david@bakerbotts.com)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2015, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Andrew Kemp-Gerstel
ANDREW KEMP-GERSTEL