UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No: 1: 15 CV 20356
Honorable Judge Jose E. Martinez/Magistrate Judge Jonathan Goodman

MIADECO CORP., a Florida Corporation,
B & S TAXI CORP., a Florida
Corporation, CHECKER CAB
OPERATORS, INC., a Florida
Corporation, and PHIL ELLIS LOWERY,
MINNIE MAE LOWERY, EDDIELENE
GAIL LOWERY BROWN, and ARNETT
LEE JR., individually and on behalf of
others similarly situated,

    Plaintiffs,

v.

UBER TECHNOLOGIES, INC., and
LYFT, INC.,

    Defendants.
_____/

**PLAINTIFFS' AMENDED UNOPPOSED MOTION FOR TWO (2) DAY EXTENSION OF TIME TO FILE A RESPONSE TO LYFT INC.'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 6(b)(1), Plaintiffs, MIADECO CORP., a Florida Corporation, B & S TAXI CORP., a Florida Corporation, CHECKER CAB OPERATORS, INC., a Florida Corporation, and PHIL ELLIS LOWERY, MINNIE MAE LOWERY, EDDIELENE GAIL LOWERY BROWN, and ARNETT LEE JR., individually and on behalf of others similarly situated, ("Plaintiffs"), hereby move this Court for a two (2) day extension of time, up through and including June 3, 2015, within which to file their response to the Motion to Dismiss filed by Defendant, LYFT, INC. ("LYFT"), and in support, state as follows:

1. Plaintiffs filed this lawsuit against UBER and LYFT on January 30, 2015. [D.E. 1].

2. Plaintiffs thereafter elected to amend their Complaint as of right pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, and the First Amended Complaint was filed on April 15, 2015. [D.E. 40].

3. Defendants UBER and LYFT thereafter filed their separate Motions to Dismiss Plaintiffs' First Amended Complaint on May 4, 2015 [D.E. 49, 50].

4. The due date for Plaintiffs' responses to the separate dismissal motions is June 1, 2015. [DE 53].

5. Plaintiffs' counsel have been diligently working on the responses to be filed herein. In this connection, counsel are in the process of finalizing the response to UBER'S motion to dismiss and that response will be timely filed today. However, despite counsel's best efforts, including numerous hours working over the weekend, counsel will be unable to complete the response to LYFT'S motion to dismiss by the current deadline and therefore require an additional two-day extension of time.

6. Moreover, because LYFT seeks dismissal of the Plaintiffs' claims with prejudice, their Motion to Dismiss is potentially case-dispositive. Plaintiffs submit that it is in the interests of justice that the Plaintiffs' claims are heard on the merits, and thus the instant Motion for Extension of Time should be granted.

7. Pursuant to the Plaintiffs' earlier Motion for a Two (2) Day Extension of Time to Respond to LYFT's Motion to Dismiss [DE 58], which stated that the Plaintiffs had communicated with LYFT but that LYFT had not taken a position on the aforementioned Motion, LYFT has now communicated that it does not oppose the relief requested herein.

8. In accordance with Federal Rule of Civil Procedure 6(b)(1), when an act may or must be done within a specified time, the Court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires.

9. The extension of time requested herein has not been requested for the purpose of delay and will not prejudice any party.

**WHEREFORE**, the Plaintiffs respectfully request that this Court grant a two (2) day extension of time, up through including June 3, 2015, within which to respond to the Motion to Dismiss filed by LYFT, and for such other and further relief as this Court deems just and proper.

### CERTIFICATE OF COMPLIANCE

Counsel for the Plaintiffs has conferred with counsel for LYFT regarding this request for an extension of time both telephonically and via electronic mail, and LYFT does not oppose the relief requested.

**Respectfully submitted this 1st Day of June, 2015.**

| /s Daniel M. Samson | /s Ralph G. Patino |
|---|---|
| Daniel M. Samson, Esq. | Ralph G. Patino, Esq. |
| Florida Bar No. 866911 | Florida Bar No. 768881 |
| dan@samsonappellatelaw.com | Ryan P. Forrest, Esq. |
| Samson Appellate Law | Florida Bar No. 111487 |
| 201 S. Biscayne Blvd., Suite 2700 | service@patinolaw.com |
| Miami, Florida 33131 | RForrest@patinolaw.com |
| T: (305) 341-3055 | Patino & Associates, P.A. |
| F: (305) 379-3428 | 550 Biltmore Way, Suite 740 |
| *Attorneys for the Plaintiffs* | Coral Gables, Florida 33134 |
| | T: (305) 443-6163 |
| | F: (305) 443-5635 |
| | *Attorneys for the Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

By:    /s Ralph G. Patino   .
**RALPH G. PATINO, ESQ.**
Florida Bar No. 768881

## SERVICE LIST

Robert M. Brochin, Esq.
Florida Bar No. 0319661
Brian M. Ercole, Esq.
Florida Bar No. 102189
Melissa M. Coates, Esq.
Florida Bar No.: 111420
Bercole@morganlewis.com
Rbrochin@morganlewis.com
mcoates@morganlewis.com
Morgan, Lewis, Bockius, LLP
200 S. Biscayne Blvd., Suite 5300
Miami, FL 33131-2339
Phone: 305-415-3303
Fax: 877-432-9652
*Attorneys for Uber Technologies, Inc.*

Andrew Kemp-Gerstel, Esq.
Florida Bar No. 44332
Junaid N. Savani, Esq.
Florida Bar No. 88816
Service@lgplaw.com
akg@lgplaw.com
jns@lgplaw.com
mkv@lgplaw.com
Liebler, Gonzalez & Portuondo
44 W. Flagler St.
Miami, FL 33130
Phone:   305-379-0400
Fax:       305-379-9626
*Attorneys for Lyft, Inc.*

Danny David, Esq.
Texas Bar No. 24028267
Danny.david@bakerbotts.com
Baker Botts LLP
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
Phone: 713-229-4055
Fax: 713-229-2855
*Attorneys for Lyft, Inc.*