UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No: 1: 15 CV 20356
Honorable Judge Jose E. Martinez/Magistrate Judge Jonathan Goodman

MIADECO CORP., a Florida Corporation,
B & S TAXI CORP., a Florida
Corporation, CHECKER CAB
OPERATORS, INC., a Florida
Corporation, and PHIL ELLIS LOWERY,
MINNIE MAE LOWERY, EDDIELENE
GAIL LOWERY BROWN, and ARNETT
LEE JR., individually and on behalf of
others similarly situated,

    Plaintiffs,

v.

UBER TECHNOLOGIES, INC., and
LYFT, INC.,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on the Plaintiffs' Amended Unopposed Motion for a Two (2) Day Extension of Time to File Responses to LYFT, INC.'s Motion to Dismiss [D.E. 59]. Upon due consideration, it is hereby **ORDERED and ADJUDGED** that:

1. The Motion [D.E. 59] is Granted.

2. The Plaintiffs shall have a two (2) day extension of time, up through including June 3, 2015, within which to respond to the Motion to Dismiss filed by LYFT, INC.

DONE and ORDERED in chambers, at Miami, Florida, this ____ day of _____, 2015

                                                  _____
                                                  Jose E. Martinez
                                                  United States District Judge