# EXHIBIT A

CARLOS A. GIMENEZ
MAYOR
MIAMI-DADE COUNTY

June 2, 2014

Jorge Luis Lopez, Esq.
Jorge Luis Lopez Law Firm
131 Madeira Ave
Penthouse
Coral Gables, FL 33134

Dear Mr. Lopez:

I am writing you to underscore our conversation concerning the County's for-hire transportation ordinances. Although we may share the desire to include on-demand electronic dispatch vehicles into future options we provide our community, currently Chapter 31 of the Miami-Dade County Code (Code) does not allow operation of an unlicensed vehicle providing for-hire services through electronic dispatch. To that end, I have directed my administration to move forward with a proposal to modernize our existing regulations to allow innovative for-hire companies an opportunity to operate here in Miami-Dade County. However, until such time as the Board of County Commissioners revises this portion of the Code, it is my responsibility to enforce all of our laws.

Please be advised that Section 31-303 (a) of the Code provides that it shall be unlawful for any person to drive any for-hire vehicle over any street in Miami-Dade County without first having obtained a chauffeur's registration from the Department of Regulatory and Economic Resources (RER). Similarly, Section 31-82 (a) of the Code states that it shall be unlawful for any person to use, drive or operate, or to advertise in any medium accessible to the public that it offers for-hire services, or to cause or permit any other person to use, driver or operate any for-hire motor vehicle upon the streets of Miami-Dade County without first obtaining a current and valid Miami-Dade County for-hire license.

The Code provides that any person found in violation of the above provisions will be subject to monetary penalties of $1,000 for each infraction. Repeat violations can be punished by fines in an amount between $5,000 and $10,000 and/or imprisonment not to exceed forty-five (45) days. The Code also authorizes police officers and RER enforcement staff to seize and impound any motor vehicle if there is probable cause to believe that it is being used to provide for-hire services without the required for-hire license.

Please remind your client of the rules and regulations governing for-hire operations. I have instructed our staff to be fair but consistent in enforcement. While Miami-Dade County embraces entrepreneurial spirit and welcomes new industries to South Florida, public safety and professional enforcement of

Jorge Luis Lopez
Page 2

County regulations remains our responsibility. For additional information regarding these regulations, please contact Joe Mora, Division Chief, For-Hire Division, at (305) 375-2447.

Thank you for your cooperation in this matter. We look forward to improving our mobility options for our residents and visitors in the near future.

Sincerely,

Carlos A. Gimenez
Mayor

c: Jack Osterholt, Deputy Mayor/Director
   Department of Regulatory and Economic Resources

   Joe Mora, Division Chief, For-Hire Transportation, RER