# EXHIBIT B

# Mr. Darrin E. McGillis

22205 SW 103 Avenue, Miami, Florida 33190 Telephone.: (305) 506-4411
Email: megillismusic@yahoo.com

Via USPS Certified Mail
Return Receipt Requested

April 17, 2015

Ms. Julia Hines
Department of Economic Opportunity
107 East Madison Street
Caldwell Building
Tallahassee, Florida 32399-4128

RE: **Claim ID 201501 /**

Dear, Ms. Julia Hines:

Pursuant to your letter dated April 15, 2015, I am attaching the required "Independent Contractor Analysis". I have completely filled out the document. In addition, I have attached several relevant documents that should be made part of the "Independent Contractor Analysis" including this cover letter.

Please note that I have misspelled the corporate legal name of the company as "Raiser, LLC" when in fact it is "Rasier, LLC" and/or "Rasier (FL), LLC" doing business as Uber Technologies, Inc. a/k/a "UBER", (see attached Department of State Corporate filings).

Rasier (FL), LLC., hereinafter referred to as "Uber" employs tens of thousands of drivers in the State of Florida, and are illegally misclassifying them as independent contractors.

Uber drivers are employees, they are required to follow a litany of detailed requirements imposed on them by Uber and they are graded, and are subject to termination, based on their failure to adhere to these requirements (such as rules regarding their conduct with customers, the cleanliness of their vehicles, their timeliness in picking up customers and taking them to their destination, what they are allowed to say to customers, etc.).

In addition, Uber is in the business of providing car service to customers, and that is the service that Uber drivers provide. The drivers' services are fully integrated into Uber's business, and without the drivers, Uber's business would not exist.

Uber does not sell its software in the manner of a typical distributor. Rather, Uber is deeply involved in marketing its transportation services, qualifying and selecting drivers,

1 | Page

regulating and monitoring their performance, disciplining (or terminating) those who fail to meet standards, and setting prices. Uber exercises considerable control and supervision over both the methods and means of its drivers' provision of transportation services, and that under the applicable legal standard they are employees.

An employer's right to discharge at will, without cause is strong evidence in support of an employment relationship. This is because the power of the principal to terminate the services of the agent without cause gives him the means of controlling the agent's activities. An employee may quit, but an independent contractor is legally obligated to complete his contract.

Uber's self-definition as a mere "technology company" focuses exclusively on the mechanics of its platform (i.e., the use of internet enabled smartphones and software applications) rather than on the substance of what Uber actually does (i.e., enable customers to book and receive rides). Uber engineered a software method to connect drivers with passengers, but this is merely one instrumentality used in the context of its larger business. Uber does not simply sell software; it sells rides. Uber is no more a "technology company" than Yellow Cab is a "technology company" because it uses CB radios to dispatch taxi cabs, John Deere is a "technology company" because it uses computers and robots to manufacture lawn mowers, or Domino Sugar is a "technology company" because it uses modern irrigation techniques to grow its sugar cane. Indeed, very few (if any) firms are not technology companies if one focuses solely on how they create or distribute their products. If, however, the focus is on the substance of what the firm actually does (e.g., sells cab rides, lawn mowers, or sugar), it is clear that Uber is most certainly a transportation company, albeit a technologically sophisticated one.

Uber's revenues do not depend on the distribution of its software, but on the generation of rides by its drivers. Uber bills its riders directly for the entire amount of the fare charged – a fare amount that is set by Uber without any input from the drivers.

As further proof of its role as a transportation company rather than a software provider, Uber exercises substantial control over the qualification and selection of its drivers. Before becoming "partners" with Uber, aspiring drivers must first complete Uber's application process. In fact, the California Public Utilities Commission has classified Uber as a "transportation network company."

Attached are the following documents:

1. Independent Contractor Analysis (w/attachments).

2. Court Order from U.S. District Court Judge Edward Chen 03-11-2015.

3. Uber E-mail 11-04-2014 - telling drivers how to keep from being caught picking up and dropping off passengers at Miami International Airport. Informing drivers Uber will pay all fines and legal fees if caught by law enforcement.

4. Uber E-mail 01-13-2015 - Informing drivers **Guaranteed** pay per hour of $20.00 during peak times and $16.00 an hour pay all other times.

5. Uber Craigslist Miami, Florida, advertisement 04-05-2015 - seeking "new drivers to start working with us ASAP!" .... "APPLY NOW".

6. Uber Craigslist Miami, Florida, advertisement 04-17-2015 - "DRIVE WITH UBER IN MIAMI" .... "APPLY NOW".

7. Uber Text Message - Offering drivers vehicle financing. "Click here to find out about our next Vehicle Financing session".

8. Uber's Miami Florida, Vehicle Financing program list and conditions. Uber stating: "To qualify for this program, you must sign a **"Payment Deduction Authorization Agreement"** with Uber under which you agree to make your monthly vehicle payment pursuant to the terms of that agreement". That agreement locks a driver into Uber with a debt of $20-k or more with the car payment deducted by Uber from a drivers pay.

9. Rasier, LLC, 1099-K for earnings in 2014 - issued to Darrin McGillis.

10. Uber information for drivers on how to file **taxes as a** independent contractor using 1099-K or 1099-MISC tax statements.

11. Rasier (FL), LLC., and/or Rasier, LLC.. Florida Department of State (division of corporations) filings of "foreign limited liability company".

12. The Florida 2nd District Court of Appeal docket sheet on the appeal Uber has pending against the Hillsborough County Public Transportation. Uber was fined for operating illegally in Hillsborough County. Uber has been operating illegally in other counties in Florida, drivers cars have been impounded, they have paid on behalf of drivers across the State untold tens of thousands of dollars in tickets and fines for operating illegally.

Uber still operates generating millions in profits while ignoring **cease** and **desist** orders from local governments across the State of Florida.

If you need any additional information or if I can help resolve any questions or doubts please do not hesitate to contact me at (305) 506-4411. Thank you for all your valuable time.

Very Truly Yours,

Darrin E. McGillis

Cc: Enc.

3 | P a g e



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

TALLAHASSEE FL 32399

| | | |
|---|---|---|
| Postage | $5.75 | 0136 |
| Certified Fee | $3.30 | 45 |
| Return Receipt Fee (Endorsement Required) | $2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $11.75 | 04/18/2015 |

Sent To: Talla Hines/Dept Economic [ ]
Street, Apt No.; or PO Box No. 107 E. Madison Street
City, State, ZIP+4 Tallahassee, FL 32399

7014 2120 0000 2776 7350

---

QUAIL HEIGHTS POST OFFICE
MIAMI, Florida
331979998
1168540138-0095
04/18/2015 (305)253-4910 08:43:16 AM

── Sales Receipt ──

| Product Description | Sale Unit Qty Price | Final Price |
|---|---|---|
| US TALLAHASSEE FL 32399 Zone-4 Priority Mail 3-Day Flat Rate Env 11.90 oz. Expected Delivery: Tue 04/21/15 Includes up to $50 insurance | | $5.75 |
| Return Rcpt (Green Card) | | $2.70 |
| @@ Certified USPS Certified Mail #: 70142120000027767358 | | $3.30 |

Issue Postage: $11.75

Total: $11.75

Paid by:
AMEX                                      $11.75
  Account #:        XXXXXXXXXXXX0086
  Approval #:       127072
  Transaction #:    190
  23903520369409473B069

📧 For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
*********************************
*********************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at
select Post Offices.
*********************************
*********************************

In a hurry? Self-service kiosks
offer quick and easy check-out. Any
Retail Associate can show you how.

-- Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
usps.com/ship/file-domestic-claims.htm

Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
*********************************
*********************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
*********************************
*********************************

Bill#:1000503233214
Clerk:45

All sales final on stamps and postage



REEMPLOYMENT ASSISTANCE PROGRAM
PO BOX 5250
TALLAHASSEE, FL 32314-5250

**Rick Scott**
*Governor*

**Jesse Panuccio**
*Executive Director*



*41991942 *

Darrin E. Mcgillis
22205 SW 103rd AVENUE
CUTLER BAY, FL 33190

Distribution/Mailed Date: 5/14/2015
Appeal Due Date: 6/3/2015

Employer: RAISER LLC
Employer Account Number: 3288327

Social Security Number: ***-**-9904
Benefit Year Begin Date: 04/05/2015
Issue ID: 0025 8260 35-01

Quarters in Questions:
  January thru March 2014
  April thru June 2014
  July thru September 2014
  October thru December 2014

## Notice of Request Granted

In regards to your request for monetary reconsideration:

**Reasonings & Findings**

AN INVESTIGATION INTO YOUR EMPLOYMENT STATUS WITH THE ABOVE NAMED EMPLOYER HAS BEEN CONDUCTED AND IT HAS BEEN DETERMINED THAT YOU ARE AN EMPLOYEE OF THAT COMPANY.

**Additional Reasonings & Findings**

N/A

**Applicable Section of Law**

In accordance with Section 443 Florida Statutes

**Effect of this Determination**

A NEW MONETARY DETERMINATION WILL BE ISSUED TO YOU.

If you have any questions about this notice, you may contact the Reemployment Assistance Program. Have your issue identification number available when you call.

DEO FL UCB-67

41991942

## APPEAL RIGHTS

THIS DETERMINATION WILL BE FINAL UNLESS AN APPEAL IS FILED WITHIN 20 CALENDAR DAYS AFTER THE DISTRIBUTION/MAILED DATE SHOWN ABOVE. IF THE 20TH DAY IS A SATURDAY, SUNDAY OR STATE HOLIDAY, AN APPEAL MAY BE FILED ON THE NEXT BUSINESS DAY. FILE AN APPEAL ON-LINE AT connect.myflorida.com OR MAIL TO UC APPEALS; PO BOX 5250 TALLAHASSEE, FL 32314-5250; OR FAX TO (850) 617-6504. INCLUDE THE CLAIMANT'S NAME AND SOCIAL SECURITY NUMBER. IF FILED ON-LINE, THE CONFIRMATION DATE IS THE FILING DATE. IF MAILED, THE POSTMARK DATE IS THE FILING DATE. IF FAXED, THE DATE STAMPED RECEIVED IS THE FILING DATE. CALL (800) 204-2418 WITH ANY QUESTIONS ABOUT THIS CLAIM OR FILING AN APPEAL.

IF UNEMPLOYED, YOU MUST CONTINUE REPORTING ON YOUR CLAIM UNTIL ALL REDETERMINATIONS/APPEALS ARE RESOLVED.

Darrin E. Mcgillis
22205 SW 103rd AVENUE
CUTLER BAY, FL 33190
(305) 506-4411


**ESPANOL:**

ESTA DETERMINACIÓN SERA DEFINITIVA A MENOS QUE SE PRESENTE UNA APELACIÓN EN UN PLAZO DE 20 DIAS DE CALENDARIO DESPUES DE LA FECHA DE DISTRIBUCIÓN/FECHA DE ENVÍO POSTAL QUE SE MUESTRA ARRIBA. SI EL VIGESIMO (20) DIA ES UN SÁBADO, DOMINGO O UN DIA FERIADO ESTATAL, SE PUEDE PRESENTAR LA APELACIÓN AL SIGUIENTE DIA LABORAL. PRESENTE LA APELACION VIA INTERNET EN connect.myflorida.com O ENVIELA POR CORREO A: UC APPEALS; PO BOX 5250 TALLAHASSEE, FL 32314-5250; O VIA FAX AL (850) 617-6504. INCLUYA EL NOMBRE Y EL NUMERO DE SEGURO SOCIAL DEL RECLAMANTE. SI LA APELACIÓN SE PRESENTA VIA INTERNET, LA FECHA DE CONFIRMACIÓN SERA LA FECHA DE PRESENTACIÓN. SI SE ENVIA POR CORREO, LA FECHA INDICADA POR EL SELLO POSTAL SERA LA FECHA DE PRESENTACIÓN. SI SE ENVIA POR FAX, LA FECHA DE ACUSE DE RECIBO SERA LA FECHA DE PRESENTACIÓN. SI TIENE ALGUNA PREGUNTA SOBRE ESTE RECLAMO O SOBRE LA FORMA DE COMO PRESENTAR UNA APELACIÓN LLAME AL 1-800-204-2418.

SI ESTA DESEMPLEADO, DEBE CONTINUAR INFORMANDO EN BASE A SU RECLAMO HASTA QUE TODAS LAS NUEVAS DETERMINACIONES/APELACIONES SE RESUELVAN.

**KREYOL:**

DETÈMINASYON SA PRAL FINAL AMWENKE OU DEPOZE YON APEL ANVAN 20 JOU APRE DAT DISTRIBISYON/POSTAJ DETEMINASYON AN. SI 20YÈM JOU A SE YON SAMDI, DIMANCH OSWA YON JOU FERYE, OU KA DEPOZE YON APÈL NAN PWOCHEN JOU BIZNIS OUVRI A. OU KA FÈ YON APEL SOU ENTENET NAN connect.myflorida.com OSWA VOYE LI PA LAPÒS BAY UC APPEALS; PO BOX 5250 TALLAHASSEE, FL 32314-5250; OSWA PA FAX NAN (850) 617-6504. METE NON AK NIMEWO SEKIRITE SOSYAL MOUN KAP FE REKLAMASYON AN. SI W DEPOZE APÈL LA SOU ENTENET, DAT KONFIMASYON PRAL DAT OU VOYE APEL LA SOU ENTENET. SI OU VOYE APÈL LA PA LAPÒS, DAT KI ENDIKE NAN SO LAPÒS LA PRAL DAT APÈL LA DEPOZE. SI W VOYE APÈL LA PA FAX, SE DAT KI MAKE NAN SO KI DI YO RESEVWA APÈL LA KI DAT APÈL LA DEPOZE. RELE 1-800-204-2418 POU POZE NENPÒT KESYON SOU REKLAMASYON SA AOSWA SOU KOUMAN POU DEPOZE YON APÈL.

SI W PAP TRAVAY, OU DWE KONTINYE RAPÒTE SOU REKLAMASYON OU LAN JISKASKE TOUT REDETÈMINASYON/APÈL YO FIN REZOUD.