UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No: 1: 15 CV 20356
Honorable Judge Jose E. Martinez/Magistrate Judge Jonathan Goodman

MIADECO CORP., a Florida Corporation,
B & S TAXI CORP., a Florida
Corporation, CHECKER CAB
OPERATORS, INC., a Florida
Corporation, and PHIL ELLIS LOWERY,
MINNIE MAE LOWERY, EDDIELENE
GAIL LOWERY BROWN, and ARNETT
LEE JR., individually and on behalf of
others similarly situated,

    Plaintiffs,

v.

UBER TECHNOLOGIES, INC., and
LYFT, INC.,

    Defendants.
_____/

**PLAINTIFFS' NOTICE OF STRIKING CORRECTED RESPONSE TO UBER TECHNOLOGIES INC.'S MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

Plaintiffs MIADECO CORP., a Florida Corporation, B & S TAXI CORP., a Florida Corporation, CHECKER CAB OPERATORS, INC., a Florida Corporation, and PHIL ELLIS LOWERY, MINNIE MAE LOWERY, EDDIELENE GAIL LOWERY BROWN, and ARNETT LEE JR., individually and on behalf of others similarly situated ("Plaintiffs"), hereby file their Notice of Striking their Corrected Response to UBER TECHNOLOGIES, INC.'s Motion to Dismiss the Amended Class Action Complaint [DE 68]. As a result, Plaintiffs request the Court consider Plaintiffs' Response filed on June 1, 2015 as their response to UBER's Motion to Dismiss the operative Complaint [DE 62].

**Respectfully submitted this 8th day of June, 2015.**

    /s Daniel M. Samson   .  
Daniel M. Samson, Esq.  
Florida Bar No. 866911  
dan@samsonappellatelaw.com  
Samson Appellate Law  
201 S. Biscayne Blvd., Suite 2700  
Miami, Florida 33131  
T: (305) 341-3055  
F: (305) 379-3428  
Attorneys for the Plaintiffs

    /s Ralph G. Patino   .  
Ralph G. Patino, Esq.  
Florida Bar No. 768881  
Ryan P. Forrest, Esq.  
Florida Bar No. 111487  
service@patinolaw.com  
Patino & Associates, P.A.  
550 Biltmore Way, Suite 740  
Coral Gables, Florida 33134  
T: (305) 443-6163  
F: (305) 443-5635  
Attorneys for the Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

By:     /s Ralph G. Patino   .  
**RALPH G. PATINO, ESQ.**  
Florida Bar No. 768881

*[Service List Follows]*

## SERVICE LIST

Robert M. Brochin, Esq.
Florida Bar No. 0319661
Brian M. Ercole, Esq.
Florida Bar No. 102189
Melissa M. Coates, Esq.
Florida Bar No.: 111420
Bercole@morganlewis.com
Rbrochin@morganlewis.com
mcoates@morganlewis.com
Morgan, Lewis, Bockius, LLP
200 S. Biscayne Blvd., Suite 5300
Miami, FL 33131-2339
Phone: 305-415-3303
Fax: 877-432-9652
*Attorneys for Uber Technologies, Inc.*

Andrew Kemp-Gerstel, Esq.
Florida Bar No. 44332
Junaid N. Savani, Esq.
Florida Bar No. 88816
Service@lgplaw.com
akg@lgplaw.com
jns@lgplaw.com
mkv@lgplaw.com
Liebler, Gonzalez & Portuondo
44 W. Flagler St.
Miami, FL 33130
Phone:   305-379-0400
Fax:     305-379-9626
*Attorneys for Lyft, Inc.*

Danny David, Esq.
Texas Bar No. 24028267
Danny.david@bakerbotts.com
Baker Botts LLP
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
Phone: 713-229-4055
Fax: 713-229-2855
*Attorneys for Lyft, Inc.*